# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

CAROL L. MICHEL
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

October 23, 2020

**RECEIVED**
NOV -6 2020
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

Sheila Booth, Clerk
United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building, Room B601
500 Poydras Street
New Orleans, Louisiana 70130

Re: Civil Action No. 20-1341, F(5)
JOHN DOE
vs.
ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

Dear Ms. Booth:

On 10/23/2020, the Honorable MARTIN L. C. FELDMAN, United States District Judge for this district, entered an order transferring the above captioned case to the United States Bankruptcy Court for the Eastern District of Louisiana.

The official court record for the Eastern District of Louisiana is the electronic case filing systems, CM/ECF. Please be advised you may access this databases to obtain original pleadings. Our web site is: http://ecf.laed.circ5.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:
Certified copies of docket sheet and Order.

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please call our CM/ECF Help Desk at 504-589-7788.

Pursuant to said order, we are forwarding herewith a certified copy of the docket sheet.

Very truly yours,

CAROL L. MICHEL, CLERK

By: _Courtney Ancar_
Deputy Clerk

Enclosures

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOHN DOE

v.

ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS

CIVIL ACTION

NO. 20-1341

SECTION "F"

ORDER

The above-captioned action is hereby REFERRED to the U.S. Bankruptcy Court for the Eastern District of Louisiana in accordance with Local Rule 83.4.1, which provides that "all proceedings . . . related to a case under Title 11 are transferred by the district court to the bankruptcy judges of this district."[1]

New Orleans, Louisiana, October 21, 2020

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

[1] Because Local Rule 83.4.1 also provides that "personal injury and wrongful death claims must be tried in the district court," the Bankruptcy Court's involvement shall be solely limited to pretrial proceedings.

1

## U.S. District Court
### Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:20-cv-01341-MLCF-MBN

Doe v. Roman Catholic Church of the Archdiocese of New Orleans
Assigned to: Judge Martin L.C. Feldman
Referred to: Magistrate Judge Michael North
Case in other court: Civil District Court for the Parish of Orleans, 19-11429, I-14
Cause: 28:1452a Removal of Claims Related to Bankruptcy Cases

Date Filed: 05/01/2020
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**John Doe**     represented by **Frank E. Lamothe, III**
Lamothe Law Firm, LLC (New Orleans)
400 Poydras Street
Suite 1760
New Orleans, LA 70130
504-704-1414
Email: felamothe@lamothefirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julien Guy Lamothe**
Lamothe Law Firm, LLC
400 Poydras St.
Suite 1760
New Orleans, LA 70130
504-704-1414
Email: jlamothe@lamothefirm.com
*ATTORNEY TO BE NOTICED*

**Kristi Suzanne Schubert**
Kristi S. Schubert, LLC
400 Poydras Street
Suite 1760
New Orleans, LA 70130
504-704-1414
Email: kschubert@lamothefirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Catholic Charities Archdiocese of New Orleans**     represented by **Allison Breen Kingsmill**
Jones Walker (New Orleans)

Place St. Charles
201 St. Charles Ave.
Suite 5100
New Orleans, LA 70170
504-582-8252
Email: akingsmill@joneswalker.com
*TERMINATED: 05/18/2020*
*LEAD ATTORNEY*

**Dwight C. Paulsen , III**
Bradley, Murchison, Kelly & Shea, LLC
(New Orleans)
1100 Poydras St.
Suite 2700
New Orleans, LA 70163
504-596-6300
Email: tpaulsen@bradleyfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wayne G. Zeringue , Jr.**
Jones Walker LLP
201 St. Charles Avenue
Ste 48th Floor
New Orleans, LA 70170
504-582-8682
Fax: 504-589-8682
Email: wzeringue@joneswalker.com
*TERMINATED: 05/18/2020*
*LEAD ATTORNEY*

**Brodie G. Glenn**
Bradley, Murchison, Kelly & Shea, LLC
(New Orleans)
1100 Poydras St.
Suite 2700
New Orleans, LA 70163
504-596-6124
Email: bglenn@bradleyfirm.com
*ATTORNEY TO BE NOTICED*

**Dylan Karl Knoll**
Denechaud & Denechaud, L.L.C.
201 St. Charles Ave.
Suite 3920
New Orleans, LA 70170
504-522-4756
Email: dknoll@denechaudlaw.com
*TERMINATED: 05/18/2020*

**Edward D. Wegmann**
Jones Walker (New Orleans)
Place St. Charles
201 St. Charles Ave.
Suite 5100
New Orleans, LA 70170
504-582-8226
Email: dwegmann@joneswalker.com
*TERMINATED: 05/18/2020*

**Ian Patrick Gunn**
Denechaud & Denechaud, L.L.C.
201 St. Charles Ave.
Suite 3920
New Orleans, LA 70170
504-522-4756
Email: igunn@denechaudlaw.com
*TERMINATED: 05/18/2020*

**Jefferson Randolph Tillery**
Jones Walker (New Orleans)
Place St. Charles
201 St. Charles Ave.
Suite 5100
New Orleans, LA 70170
504-582-8000
Email: jtillery@joneswalker.com
*TERMINATED: 05/18/2020*

**Joseph Jacob Lowenthal , Jr.**
Jones Walker (New Orleans)
Place St. Charles
201 St. Charles Ave.
Suite 5100
New Orleans, LA 70170
504-582-8240
Email: jlowenthal@joneswalker.com
*TERMINATED: 05/18/2020*

**Lionel David Adams**
Bradley, Murchison, Kelly & Shea, LLC
(New Orleans)
1100 Poydras St.
Suite 2700
New Orleans, LA 70163
504-596-6139
Email: dadams@bradleyfirm.com
*ATTORNEY TO BE NOTICED*

**Richard Arthur Bordelon**

Denechaud & Denechaud, L.L.C.
201 St. Charles Ave.
Suite 3920
New Orleans, LA 70170
504-522-4756
Fax: 504-568-0783
Email: rbordelon@denechaudlaw.com
*TERMINATED: 05/18/2020*

**Terrance A. Prout**
Bradley Murchison Kelly Shea, LLC
1100 Poydras Street
Suite 2700
New Orleans, LA 70163
504-596-6127
Fax: 504-596-6301
Email: tprout@bradleyfirm.com
*ATTORNEY TO BE NOTICED*

**Todd Ryan Gennardo**
Denechaud & Denechaud, L.L.C.
201 St. Charles Ave.
Suite 3920
New Orleans, LA 70170
504-522-4756
Fax: 504-568-0783
Email: tgennardo@denechaudlaw.com
*TERMINATED: 05/18/2020*

| | | |
|---|---|---|
| **Defendant** | | |
| **Roman Catholic Church for the Archdiocese of New Orleans** | represented by | **Wayne G. Zeringue , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Dylan Karl Knoll**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Edward D. Wegmann**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Ian Patrick Gunn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jefferson Randolph Tillery**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

                                        **Joseph Jacob Lowenthal , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Arthur Bordelon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd Ryan Gennardo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison Breen Kingsmill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**School Sisters of Notre Dame**
*Central Pacific Provence*
*formerly known as*
School Sisters of Notre Dame, Dallas Province

represented by **Brian Michael LeCompte**
McGlinchey Stafford, PLLC (New Orleans)
601 Poydras St.
12th Floor
New Orleans, LA 70130
504-586-1200
Email: blecompte@mcglinchey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2020 | 1 | NOTICE OF REMOVAL from Civil District Court for the Parish of Orleans, case number 2019-11429 (Filing fee $ 400 receipt number ALAEDC-8284683) filed by The Roman Catholic Church of the Archdiocese of New Orleans. (Attachments: # 1 State Court Pleadings, # 2 Notices of Consent, # 3 Civil Cover Sheet)Attorney Allison Breen Kingsmill added to party The Roman Catholic Church of the Archdiocese of New Orleans(pty:dft).(Kingsmill, Allison) (Attachment 1 replaced on 5/4/2020) (cwa). (Attachment 3 replaced on 5/4/2020) (cwa). (Additional attachment(s) added on 5/7/2020: # 4 SEALED Exhibit, # 5 SEALED Exhibit) (sa). (Entered: 05/01/2020) |
| 05/01/2020 | 2 | EXPARTE/CONSENT MOTION to Seal Document by The Roman Catholic Church of the Archdiocese of New Orleans. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Notice of Request to Seal Document)(Kingsmill, Allison) (Entered: 05/01/2020) |
| 05/01/2020 | 3 | Initial Case Assignment to Judge Martin L.C. Feldman and Magistrate Judge Michael North. (aj) (Entered: 05/01/2020) |
| 05/04/2020 | 4 | DIRECTIVE of the Clerk regarding compliance with 28:1447(b) re 1 Notice of Removal.(cwa) (Entered: 05/04/2020) |

| | | |
|---|---|---|
| 05/04/2020 | 5 | Correction of Docket Entry by Clerk re 1 Notice of Removal. Attachment was imaged as 8-1/2" x 14". All documents should be 8-1/2" x 11". Clerk has corrected the image. Additionally, filing attorney did not properly format the pdf of Civil Cover Sheet. The pdf should not have the pink header nor the 3 red buttons at the bottom. When using a FORM, fill in the applicable fields then click the red PRINT button at the bottom to print the document to pdf format. Clerk has taken corrective action. (cwa) (Entered: 05/04/2020) |
| 05/05/2020 | 6 | ORDER GRANTING 2 Motion to Seal Exhibit "A" re 1 Notice of Removal. Signed by Judge Martin L.C. Feldman on 5/5/2020. (sa) (Entered: 05/05/2020) |
| 05/15/2020 | 7 | Notice of Compliance *with 28 U.S.C. 1447(B)* by Roman Catholic Church for the Archdiocese of New Orleans re 1 Notice of Removal,,. (Attachments: # 1 Exhibit) (Kingsmill, Allison) (Attachment 1 replaced on 5/18/2020) (cwa). (Entered: 05/15/2020) |
| 05/15/2020 | 8 | EXPARTE/CONSENT MOTION to Withdraw Wayne G. Zeringue, Jr., Joseph J. Lowenthal, Jr., Jefferson R. Tillery, Edward D. Wegmann, and Allison B. Kingsmill, of Jones Walker LLP; Richard A. Bordelon, Todd R. Gennardo, and Dylan K. Knoll, of Denechaud & Denechaud, L.L.C.; and Ralph J. Aucoin, Sr. as Attorney by Catholic Charities Archdiocese of New Orleans. (Attachments: # 1 Proposed Pleading)(Kingsmill, Allison) (Entered: 05/15/2020) |
| 05/15/2020 | 9 | NOTICE by John Doe *Rule 9027(E)(3) Statement.* (Schubert, Kristi) (Entered: 05/15/2020) |
| 05/18/2020 | 10 | Correction of Docket Entry by Clerk re 7 Notice of Compliance. Exhibit was imaged as 8-1/2" x 14". All documents should be 8-1/2" x 11". Clerk has corrected the image. (cwa) (Entered: 05/18/2020) |
| 05/18/2020 | 11 | NOTICE by John Doe *Rule 9027(E)(3) Statement.* (Schubert, Kristi) (Entered: 05/18/2020) |
| 05/18/2020 | 12 | NOTICE by John Doe *Rule 9027(E)(3) Statement.* (Schubert, Kristi) (Entered: 05/18/2020) |
| 05/18/2020 | 13 | NOTICE by John Doe *Rule 9027(E)(3) Statement.* (Schubert, Kristi) (Entered: 05/18/2020) |
| 05/18/2020 | 14 | ORDER granting 8 Motion to Withdraw as Attorney. Attorneys Ian Patrick Gunn; Allison Breen Kingsmill; Dylan Karl Knoll; Joseph Jacob Lowenthal, Jr; Jefferson Randolph Tillery; Edward D. Wegmann; Wayne G. Zeringue, Jr; Richard Arthur Bordelon and Todd Ryan Gennardo terminated. Signed by Judge Martin L.C. Feldman on 5/18/2020. (cwa) (Entered: 05/18/2020) |
| 05/18/2020 | 15 | EXPARTE/CONSENT MOTION for Leave to File *Amended and Supplemental Notice of 28 U.S.C. § 1447(b) Compliance* by Roman Catholic Church for the Archdiocese of New Orleans. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Kingsmill, Allison) (Entered: 05/18/2020) |
| 05/19/2020 | 16 | ORDER GRANTING 15 Motion for Leave to File Amended Notice of Compliance. Signed by Judge Martin L.C. Feldman on 5/19/2020. (sa) (Entered: 05/19/2020) |
| 05/19/2020 | 17 | AMENDED Notice of Compliance by Roman Catholic Church for the Archdiocese of New Orleans re 1 Notice of Removal. (sa) (Entered: 05/19/2020) |

| | | |
|---|---|---|
| 05/20/2020 | 18 | NOTICE by John Doe *Rule 9027(E)(3) Statement*. (Schubert, Kristi) (Entered: 05/20/2020) |
| 05/22/2020 | 19 | NOTICE by Roman Catholic Church for the Archdiocese of New Orleans *of Proceeding Subject to Automatic Reference to Bankruptcy Judge Pursuant to Local Rule 83.4.1*. (Zeringue, Wayne) (Entered: 05/22/2020) |